■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY W. RAMOS, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed January 14, 1976. Sentence affirmed. The record indicates that appellant conceded, at sentencing, that he had been convicted of prior felonies and that he knew, in advance, the sentence he was going to receive. There was, therefore, substantial compliance with CPL 400.21 (cf. *People v Bryant,* 47 AD2d 51). Gulotta, P. J., Suozzi, Mollen and O'Connor, JJ., concur.